## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GEORGE B. SKIDMORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CV01** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ACI WORLDWIDE, INC., a/k/a ACI,** | ) | |
| **a/k/a TRANSACTION SYSTEMS** | ) | |
| **ARCHITECTS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court after the October 7, 2008 Order denying the defendant's Motion for Judgment on the Pleadings. **See** Filing No. 35.[1] On September 9, 2008, the court entered a stay of discovery pending resolution of the defendant's dispositive motion. **See** Filing No. 33. The stay of discovery is now lifted and the defendant has until October 27, 2008, to serve its response to the plaintiff's Request for Production. Additionally, the deadlines contained in the court's August 6, 2008 initial progression order are amended as follows:

1. **On or before October 30, 2008**, counsel shall notify the undersigned magistrate judge, by joint or separate letters, about the parties' positions on mediation as described more fully in the Initial Progression Order. **See** Filing No. 24 ¶ 2.

2. Mandatory Disclosures described in Fed. R. Civ. P. 26(a)(1) shall be served by **October 15, 2008,** if not already served.

3. Any motion to amend pleadings and/or add parties shall be filed by the plaintiff **not later than November 3, 2008**, and by the defendant **not later than December 1, 2008**.

4. A telephone conference with the undersigned magistrate judge will be held **on December 12, 2008, at 10:30 a.m. Central Standard Time** for the purpose of

---

[1]As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case. The hyperlinked documents appear in blue underlined text. Except with regard to the local rules, access to the hyperlinked material is subject to fees pursuant to user agreements. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call.

**IT IS SO ORDERED.**

DATED this 7th day of October, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge