IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GEORGE B. SKIDMORE,** | ) | |
| | ) | **8:08CV1** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ACI WORLDWIDE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's motion for a hearing pursuant to NECivR 45.1(c) regarding the issuance of a subpoena to KPMG (Filing No. 70) is granted and is scheduled for **10:00 a.m. on September 8, 2009**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 7th day of August, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge