## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE B. SKIDMORE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV01 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ACI WORLDWIDE, INC., f/k/a | ) | |
| TRANSACTION SYSTEMS ARCHITECTS, | ) | |
| INC., a/k/a ACI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Extend Pretrial Deadlines (Filing No. 89). The defendant seeks to stay all unexpired deadlines, particularly trial related deadlines scheduled in November and December, pending a determination of the parties' pending motions for summary judgment. The plaintiff does not oppose the motion. The court finds good cause exists to stay the trial in this case until resolution of the parties' motions for summary judgment. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Unopposed Motion to Extend Pretrial Deadlines (Filing No. 89) is granted.

2. The remaining deadlines contained in the Order Setting Final Schedule for Progression of Case (Filing No. 44) are stayed. The pretrial conference and trial are cancelled.

3. The parties shall have **ten (10) business days** from the date the court rules on the pending motions for summary judgment (Filing Nos. 67 and 75), in which to schedule a telephone planning conference with the court, if necessary. Counsel for the defendant shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

DATED this 15th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge