**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **GEORGE B. SKIDMORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CV01** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ACI WORLDWIDE, INC., f/k/a** | ) | |
| **TRANSACTION SYSTEMS ARCHITECTS,** | ) | |
| **INC., a/k/a ACI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the court on October 11, 2010, by Scott Peters, counsel for the plaintiff,

**IT IS ORDERED that:**

1.      **On or before October 29, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.      The trial previously scheduled is cancelled upon the representation that this case is settled.

DATED this 12th day of October, 2010.

BY THE COURT:


 s/ Thomas D. Thalken

United States Magistrate Judge