IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GEORGE B. SKIDMORE,** | |
| **Plaintiff,** | |
| -against- | Case No.: 8:08-CV-00001 |
| **ACI WORLDWIDE, INC., f/k/a TRANSACTION SYSTEMS ARCHITECTS, INC., a/k/a ACI,** | ORDER OF DISMISSAL |
| **Defendant.** | |

      This matter is before the court on the parties' stipulation of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).  The court being fully advised in the premises finds that the action should be dismissed.  Accordingly,

      IT IS SO ORDERED that this action and all claims, counterclaims, or third-party actions that were brought or could have been brought, is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

      Dated this  29th day of October, 2010.

      BY THE COURT:

      *s/ Joseph F. Bataillon*
      Chief United States District Judge